**CASTELLANI LAW FIRM, LLC**
450 Tilton Road, Suite 245
Northfield, New Jersey 08225
(609) 641-2288
Attorneys for Plaintiff(s)

| | |
|---|---|
| DENNIS HANEY and MINDY HANEY, Individually, | ) UNITED STATES DISTRICT COURT ) FOR THE DISTRICT OF NEW JERSEY ) |
| Plaintiff(s), | ) |
| v. | ) CIVIL ACTION NO.: 06 cv 83 ) |
| PHILADELPHIA EAGLES, HUSSEY SEATING COMPANY, JOHN DOE 1-10, JOHN DOE MANUFACTURER 1-10, JOHN DOE DISTRIBUTOR, INSTALLER COMPONENT PART MANUFACTURER 1-10, MARY DOE 1-10, ABC PARTNERSHIPS 1-10, XYZ CORPORATIONS 1-10, jointly, severally, or in the alternative, | ) ) CIVIL ACTION ) ) ) ) ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** |
| Defendant(s), | ) |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

Dated: May 31, 2006

_____
DAVID R. CASTELLANI, ESQUIRE
Attorney(s) for Plaintiff(s)